**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharon Begay,<br><br>           Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>           Defendant. | No. CV-24-08160-PCT-SMB<br><br>**ORDER** |

The Court now considers Plaintiff Sharon Begay's appeal from the Social Security Administration's ("SSA") denial of Plaintiff's application for supplemental security income. Begay filed her Complaint (Doc. 1) and attendant Application to Proceed in Forma Pauperis ("IFP") (Doc. 2) on July 11, 2024. The SSA filed the administrative record on February 5, 2025, which functioned as the filing of the Answer. (Doc 18; Doc 19.) Begay did not file an opening brief.

On September 9, 2025, the Court ordered "that the parties file a status report to the Court by no later than September 19, 2025." (Doc. 21.) The Court noted that "[f]ailure to file a status report may result in dismissal of this case." The SSA timely submitted a status report. (Doc. 22.) The SSA avers that it was unable to contact Begay. (*Id.* at 2.) Begay failed to submit a status report or otherwise respond to this Court's Order. In fact, Begay has not filed any document aside from her initial Complaint and IFP.

Thus, Begay failed to comply with a court order, despite being warned of the attendant consequences, and also failed to prosecute this action. *See* Fed. R. Civ. P. 41(b).

1 | The Court therefore concludes that dismissal without prejudice is appropriate under these
2 | circumstances. *See Rea v. Comm'r of Soc. Sec. Admin.*, No. CV-24-01646-PHX-DWL,
3 | 2025 WL 2549409, at *1 (D. Ariz. Sept. 4, 2025).
4 |     Accordingly,
5 |     **IT IS ORDERED** that this action is dismissed without prejudice
6 |     **IT IS FURTHER ORDERED** directing the Clerk to enter final judgment
7 | consistent with this Order and close this case.
8 |     Dated this 9th day of February, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge

- 2 -